*E-Filed 6/16/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GLOVER, | No. C 10-2426 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| APPELLATE COURT, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, or face dismissal of the action. Petitioner has filed an incomplete application, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, and a properly completed certificate of funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice as to petitioner filing these two documents, or as to paying the filing fee. Petitioner's motion to proceed IFP (Docket No. 3) is DENIED.

This order terminates Docket No. 3.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: June 16, 2010

RICHARD SEEBORG
United States District Judge