*E-Filed 9/7/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GLOVER, | No. C 10-2426 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| APPELLATE COURT, | |
| Respondent. | |

This is a federal habeas corpus action filed by a pro se petitioner pursuant to 28 U.S.C. § 2254. Petitioner's motion for an extension of time to file a response to the order to show cause is granted. Petitioner shall file such a response within 30 days from the date of this order. **Failure to file by such time will result in dismissal of the petition without further notice to petitioner. No further extensions of time will be granted.** This action has been dismissed and closed once before because petitioner failed to meet a filing deadline.

**IT IS SO ORDERED**.

DATED: September 7, 2010

RICHARD SEEBORG
United States District Judge