*E-Filed 9/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GLOVER, | No. C 10-2426 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| APPELLATE COURT, | |
| Respondent. | |

## INTRODUCTION

This is a federal habeas petition filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. The action was dismissed and judgment entered in favor of respondent on June 16, 2010 because petitioner failed to pay the filing fee or file a complete application to proceed *in forma pauperis* by the appropriate date. Petitioner paid the filing fee, the action was reopened, and the orders of dismissal and judgment were vacated. Petitioner was then directed to show why the petition should not be dismissed as untimely. In response to that order, petitioner has filed several letters and a large stack of mental health documents from Pelican Bay State Prison. In none of these filings, however, has petitioner articulated why his petition should not be dismissed as untimely. Accordingly, the action is hereby

1  DISMISSED with prejudice.  The Clerk shall enter judgment in favor of respondent, and
2  close the file.
3    **IT IS SO ORDERED**.
4  DATED: September 28, 2010

          RICHARD SEEBORG
          United States District Judge